**Aaron FRAZIER, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 46430.**

Missouri Court of Appeals, Western District.

Oct. 20, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 24, 1992.

Application to Transfer Denied Dec. 18, 1992.

David S. Durbin, Budesheim, Schlegel & Durbin, Kansas City, for appellant.

William L. Webster, Atty. Gen., Michael J. Runzi, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J. and BRECKENRIDGE and HANNA, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for post-conviction relief after an evidentiary hearing. Judgment affirmed. Rule 84.-16(b).